**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CIV-81143-RAR**

**ARMENUI ARAKELYAN**,
*individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

**MARIANNA ZADOV P.A.**,
**d/b/a POLO DENTAL**,

      Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

    **THIS CAUSE** comes before the Court upon the Notice of Dismissal Without Prejudice [ECF No. 4] ("Notice"), filed on June 30, 2021. Having reviewed the Notice and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** that the above-styled action is **DISMISSED** *without prejudice*.

    **DONE AND ORDERED** in Fort Lauderdale, Florida on this 30th day of June, 2021.

                                                  **RODOLFO A. RUIZ II**
                                                  **UNITED STATES DISTRICT JUDGE**